[No. 19022.  Department Two.  March 13, 1925.]

PETER ANIONETANI, *by his Guardian ad Litem, Vincent
Anionetani, Respondent,* v. THOMAS GREEN,
*Appellant.*[1]

APPEAL (142)—PRESERVATION OF GROUNDS—EXCEPTIONS TO INSTRUC-
TIONS.  Error cannot be assigned upon instructions where there were
no exceptions taken or request for instructions.

Appeal from a judgment of the superior court for
King county, Hall, J., entered July 2, 1924, upon the
verdict of a jury rendered in favor of the plaintiff, in
an action for personal injuries sustained by a minor
struck by an automobile.  Affirmed.

*Reynolds, Ballinger & Hutson,* for appellant.

*George Olson* and *H. E. Foster,* for respondent.

HOLCOMB, J.—In this action for damages to a child
between five and six years of age, arising out of an
automobile accident, the jury awarded damages in the
sum of $2,000, which, upon motion for a new trial, was
reduced to the sum of $1,500 by the trial court, or,
in the alternative, a new trial to be granted, which re-
mission was accepted by respondent and judgment was
entered thereon.

The errors claimed by appellant were upon the giv-
ing of an instruction permitting recovery of damages

[1]Reported in 233 Pac. 1117.

for injuries of a permanent nature, and the refusal of an instruction that the jury could not allow damages for permanent injuries.

There are no requested instructions nor exceptions to instructions, nor to the refusal to give instructions, in the record before us.

On the record before us, we can not consider the claimed errors of appellant.

The judgment is therefore affirmed.

TOLMAN, C. J., MITCHELL, MACKINTOSH, and FULLERTON, JJ., concur.